**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1801**

———————————

PATRICIA A. BENTLEY,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Pamela Meade Sargent,
Magistrate Judge.  (CA-04-92)

———————————

Submitted:  May 31, 2006              Decided:  June 13, 2006

———————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Roger W. Rutherford, Norton, Virginia, for Appellant.  Donna L.
Calvert, Regional Chief Counsel, Region III, Taryn F. Jasner,
Assistant Regional Counsel, Philadelphia, Pennsylvania, John L.
Brownlee, United States Attorney, Julie C. Dudley, Assistant United
States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia A. Bentley appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Bentley v. Barnhart, No. CA-04-92 (W.D. Va. July 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c) (2000).